UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHERIF A. PHILIPS,                                    )
        Plaintiff,                                )
                                                  )
v.                                                    )
                                                  )
NORTH CAROLINA STATE, NORTH      )
CAROLINA COURT SYSTEM, NORTH    )          **JUDGMENT**
CAROLINA AGENCY, VIDANT              )          No. 5:15-CV-95-F
MEDICAL CENTER, M.D. PAUL BOLIN, )
RALPH WHATLEY, DAVID CREECH,       )
JAY SALSMAN, DEBBIE MEYER,           )
KAREN ZANER, JAMES CROUSE AND  )
NARDINE GUIRGUIS,                          )
        Defendants.                               )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the motions to dismiss brought by Defendants Debbie Meyer [DE-31], Vidant Medical Center [DE-33], David Creech and Jay Salsman [DE-35], Paul Bolin and Ralph Whatley [DE-37], Karen Zaner [DE-40], James Crouse [DE-41], Nardine Guirguis [DE-45] and by the State of North Carolina, North Carolina Court System, and North Carolina Agency [DE-52] are ALLOWED. The plaintiff's claims are DISMISSED WITH PREJUDICE in their entirety. The motion for relief under Rules 59 and 60 [DE-70] is DENIED.

**This judgment filed and entered on December 28, 2015, and copies to:**
Sherif A. Philips (via US Mail to 753 Pine Point Road, Greenville, NC 27834)
Kathryn H. Shields (via CM/ECF electronic notification)
Walter G. Merritt (via CM/ECF electronic notification)
Joseph L. Nelson (via CM/ECF electronic notification)
John Thomas Crook (via CM/ECF electronic notification)
F. Hill Allen, IV (via CM/ECF electronic notification)
David S. Coats (via CM/ECF electronic notification)


DATE                                              JULIE RICHARDS JOHNSTON, CLERK
December 28, 2015                           /s/ Jacqueline B. Grady
                                                 (By) Jacqueline B. Grady, Deputy Clerk