IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-95-BR

| | |
|---|---|
| SHERIF A. PHILIPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE, NORTH )<br>CAROLINA COURT SYSTEM, )<br>NORTH CAROLINA AGENCY, )<br>VIDANT MEDICAL CENTER f/k/a )<br>PITT COUNTY MEMORIAL )<br>HOSPITAL, PAUL BOLIN, M.D., )<br>RALPH WHATLEY, M.D., DAVID )<br>CREECH, JAY SALSMAN, DEBBIE )<br>MEYER, KAREN ZANER, JAMES )<br>CROUSE and NARDINE GUIRGUIS, )<br>)<br>Defendants. )<br>) | **ORDER** |

Before the court is plaintiff's motion for relief from judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1441. (DE # 81.) On 28 December 2015, the Clerk entered judgment in favor of defendants and closed this matter pursuant to an order issued by Senior United States District Judge James C. Fox of even date. The United States Court of Appeals for the Fourth Circuit affirmed the judgment on appeal, and the United States Supreme Court denied plaintiff's petition for a writ of certiorari. Upon review of plaintiff's lengthy motion, the court finds no basis exists to disturb the 28 December 2015 order. Accordingly, plaintiff's motion is DENIED. Plaintiff is reminded that this case is closed.

This 15 June 2017.

_____
W. Earl Britt
Senior U.S. District Judge